IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED

2000 MAR 15  A 11: 57

CLERK U.S. DISTRICT
COURT WESTERN DISTRICT
OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| SANTOS OZUNA and §<br>TAMAROAH OZUNA, Individually and §<br>as Respresentatives of the Estate of §<br>KALEB OZUNA, §<br> §<br>Plaintiff, §<br> §<br>v. §<br> §<br>UNITED STATES OF AMERICA, §<br> §<br>Defendant. § | NO. EP-99-CA-346-H |

## NOTICE OF RIGHT TO CONSENT TO
## TRIAL BY MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(c)(1), all full-time United States Magistrate Judges are authorized and empowered to try any civil case, jury or nonjury, with the consent of all parties to the lawsuit. Because of the crowded condition of the criminal docket in this District and the difficulty in reaching civil cases for trial, you may wish to consent to the trial of your case by a United States Magistrate Judge.

Your decision should be communicated to the United States District Clerk's Office, 350 U.S. Courthouse, El Paso, Texas 79901. Consent forms are available in the Clerk's office. Your consent to trial by a Magistrate Judge must be voluntary, and you are free to withhold consent without suffering any adverse consequences. If all parties do consent to trial of this case by a Magistrate Judge, the Court will enter an order referring the case to a Magistrate Judge for trial and for entry of judgment.

HARRY LEE HUDSPETH
UNITED STATES DISTRICT JUDGE

March 15, 2000
DATE